1  Michael W. Malter (#96533)
   Wendy W. Smith (#133887)
2  BINDER & MALTER, LLP
   2775 Park Avenue
3  Santa Clara, California 95050
   Telephone: (408) 295-1700
4  Facsimile:  (408) 295-1531

5  Attorneys for Defendants,
   William L. Langan and Mary Ellen Langan
6

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHILIPS PRODUCTS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CREATIVE WINDOW CONCEPTS, INC., a California Corporation, WILLIAM L. LANGAN and MARY ELLEN LANGAN,<br><br>Defendants. | Case No. 05-CV-01470-WBS-GGH<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO SET ASIDE DEFAULT AND RELATED CASE MANAGEMENT CONFERENCE**<br><br>Date: November 28, 2005<br>Time: 1:30 p.m.<br>Courtroom: 5 |

## STIPULATION

William L. Langan and Mary Ellen Langan ("Defendants"), on the one hand, and Philips Products, Inc. ("Plaintiff"), on the other hand (collectively, the "Parties"), by and through their attorneys of record, hereby agree:

The Parties have initiated early settlement discussions regarding this action and request the Court to continue the Motion to Set Aside Default brought by Defendants, currently set for November 28, 2005, to January 9, 2006 at 1:30 p.m.

In light of these settlement discussions, and the current Motion to Set Aside Default, the Parties agree that the Case Management Conference currently set for December 5, 2005 would not be useful. The Parties therefore request the Court continue the Case Management Conference to a date 30-60 days from the continued January 9, 2006 hearing

for the Motion to Set Aside Default.  By that time, either the Default will have been set aside and an Answer filed, or the Plaintiff will have been allowed to file a Motion for Default Judgment.

Dated: November 7, 2005                           BINDER & MALTER, LLP


By: _____
Wendy W. Smith,
Attorneys for Defendants


Dated: November ___, 2005                     MCDONOUGH, HOLLAND & ALLEN, PC


By: _____
Stephen M. Lerner,
Attorneys for Plaintiff

## ORDER

Based upon the Stipulation of the Parties to this case, and good cause appearing therefore, IT IS HEREBY ORDERED:

A.    The hearing on the Motion to Set Aside Default is continued to January 9, 2006 at 1:30 p.m.

B.    The Case Management Conference is continued to February 17, 2006 at 9:00 a.m.

C.    The Parties are instructed to file a Case Management Conference Statement pursuant to Local Rules.


Dated: November 9, 2005


_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ajd/C:\Documents and Settings\SHoover\Desktop\Continue-CMC-Mot to Set Aside-STP ORD.wpd