1 ZACHARY M. SMITH, ESQ. (SBN 078241)
MARK GORTON, ESQ. (SBN 99312)
2 STEPHEN M. LERNER, ESQ. (SBN 176688)
McDONOUGH HOLLAND & ALLEN PC
3 Attorneys at Law
555 capitol Mall, 9th Floor
4 Sacramento, CA 95814
Phone: 916.444.3900
5 Fax:   916.444.8334

6 Attorneys for Plaintiff
PHILIPS PRODUCTS, INC.
7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 PHILIPS PRODUCTS, INC.,                     )  No. **205CV01470 WBS GGH**
    a Delaware Corporation,                      )
12                                              )
                                               )
13          Plaintiff,                          )  **STIPULATION RE: DISMISSAL**
                                               )  **WITH PREJUDICE**
14     v.                                       )
                                               )
15 CREATIVE WINDOW CONCEPTS, INC.,              )
    a California Corporation, WILLIAM L.        )
16 LANGAN and MARY ELLEN LANGAN,               )
                                               )
17          Defendants.                         )
                                               )

18      Plaintiff Philips Products, Inc. ("Plaintiff") and Defendants William Langan and Mary

19 Ellen Langan (collectively "Defendants"), by and through their attorneys of record, hereby

20 stipulate that (1) Plaintiff shall dismiss the above-entitled action with predudice against

21 Defendants; and (2) each of the parties shall bear his, her own attorneys' fees and costs.

22 DATED: _____, 2006

23
                                     BINDER & MALTER, LLP
24

25

26                                   By:/S. MICHAEL MALTER/_____
                                          S. Michael malter, Esq.
27
                                     Attorneys for Plaintiff Philips Products, Inc.
28

---

STIPULATION RE DISMISSAL WITH PREJUDICE                          952909v1 35623/0001

1

DATED: August 30, 2006

2

McDONOUGH HOLLAND & ALLEN PC
3                                                              Attorneys at Law

4

5                                                              By:/STEPHEN M. LERNER/
                                                                    Stephen M. Lerner, Esq.
6

7                                                              Attorneys for Plaintiff Philips Products, Inc.

8

9

10

11

12

13

14

15

16

SO ORDERED this 5th day of September, 2006.

17

18

WILLIAM B. SHUBB
19                                                             UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28